**No. 59921.**—The Kemper-Thomas Co. v. United States, protest 265787–K (Cleveland).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the items in controversy consist of molds in chief value of metal, designed only for use on bending machines for shaping decorated glass pieces; that said bending machine is powered by an electric motor which is an essential part of the machine; and that the said bending machine cannot properly perform the function for which it was designed without such molds, the claim of the plaintiff was sustained.